IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Petreikiene, Genovaite | Case Number: 07 B 19273 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 10/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 12, 2009
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,500.00 |  |
| Secured: |  | 20,690.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 446.00 |
| Trustee Fee: |  | 1,363.50 |
| Other Funds: |  | 0.00 |
| Totals: | 22,500.00 | 22,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Konstantine T Sparagis | Administrative | 446.00 | 446.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Anthony Stelmokas | Secured | 0.00 | 0.00 |
| 6. | Ford City Condominium Assoc | Secured | 0.00 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 8. | American General Finance | Secured | 3,049.76 | 3,049.76 |
| 9. | Countrywide Home Loans Inc. | Secured | 10,748.48 | 2,992.53 |
| 10. | HSBC Mortgage Services | Secured | 11,736.00 | 3,267.47 |
| 11. | US Bank Home Mortgage | Secured | 40,877.00 | 11,380.74 |
| 12. | ECast Settlement Corp | Unsecured | 7,835.10 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 371.11 | 0.00 |
| 14. | Merrick Bank | Unsecured | 1,625.70 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 350.81 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 875.07 | 0.00 |
| 17. | Capital One | Unsecured | 883.36 | 0.00 |
| 18. | National Capital Management | Unsecured | 6,471.85 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 536.19 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 1,248.69 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 3,027.08 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 5,056.61 | 0.00 |
| 23. | Capital One | Unsecured | 855.56 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 1,056.79 | 0.00 |
| 25. | Northern Memorial Hospital | Unsecured | 476.90 | 0.00 |
| 26. | National Capital Management | Unsecured | 5,720.85 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Petreikiene, Genovaite | | Case Number: 07 B 19273 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | | Filed: 10/18/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Center for Athletic Medicine | Unsecured | 1,262.00 | 0.00 |
| 28. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 29. | Athletico Ltd | Unsecured | | No Claim Filed |
| 30. | Chicago Institute Of Neurosurgery | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Client Funding Solutions Corp. | Unsecured | | No Claim Filed |
| 33. | Colathur K Palani MDSC | Unsecured | | No Claim Filed |
| 34. | Harry Miller Appliances Inc | Unsecured | | No Claim Filed |
| 35. | Home Depot | Unsecured | | No Claim Filed |
| 36. | Home Depot | Unsecured | | No Claim Filed |
| 37. | HSBC | Unsecured | | No Claim Filed |
| 38. | ICS | Unsecured | | No Claim Filed |
| 39. | Midland Federal Savings | Unsecured | | No Claim Filed |
| 40. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 41. | Northwestern Surgical Assoc | Unsecured | | No Claim Filed |
| 42. | Beneficial | Unsecured | | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 44. | Orthapedic Associates Of Chicago | Unsecured | | No Claim Filed |
| 45. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 46. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 47. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 48. | City Of Chicago | Unsecured | | No Claim Filed |
| 49. | Codilis & Associates | Unsecured | | No Claim Filed |
| 50. | Watermark Phys. | Unsecured | | No Claim Filed |
| 51. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 52. | MiraMed Revenue Group, LLC | Unsecured | | No Claim Filed |
| 53. | Northern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 104,510.91 | $ 21,136.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 486.00 |
| 6.5% | 877.50 |
| | $ 1,363.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

